**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, MIRIAM MALDONADO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIRIAM MALDONADO,<br><br>Plaintiff,<br><br>vs.<br><br>ATLANTIC CAPITAL LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:21-cv-00099-PA (MAAx)**<br><br>**JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MIRIAM MALDONADO ("Plaintiff") and Defendant ATLANTIC CAPITAL LLC (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal with prejudice as to the entire above-entitled action, in its entirety. Each party shall bear her or its own costs and attorneys' fees.

Respectfully submitted,

DATED: September 2, 2021     SO. CAL. EQUAL ACCESS GROUP

By: /s/        Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff

Dated: September 02, 2021     **THARPE & HOWELL LLP**

By: _____/s/ Stacey Miller_____
Stacey Miller, Esq.
Attorney for Defendant
ATLANTIC CAPITAL LLC

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: September 02, 2021          By: /s/ Jason J. Kim
Jason J. Kim